52 F.3d 317
 Eric J. Talley
v.
Southeastern Pennsylvania Transportation Authority, L.J.
Gambaccini, as Chief Operations Officer, J. Clayton
Undercover, III, as Chairman of Board, Earl M. Baker, Hon.
Florinana M. Bloss, Stewart R. Cades, Lois S. Hagarty, Hon.
Thomas M. Hayward, Edmund Jones, Richard E. Kuntz, George J.
Linton, Patrick H. McCarthy, Jettie D. Newkirk, James C.
Schwartzman, Richard Voith, Ph.D., Andrew L. Warren,
Franklin C. Wood, as Members of Board of Septa, J. Kirk
 NO. 94-1805
 United States Court of Appeals,
Third Circuit.
 Mar 22, 1995
 
 Appeal From: E.D.Pa., No. 93-cv-03060,
 Hutton, J.
 
 
 1
 AFFIRMED.